UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CHRISTA SIMMONS**, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

**THE PROCTER & GAMBLE COMPANY D/B/A ORAL-B**,

   *Defendant*.

_____/

CLASS ACTION

**Case No.** 0:22-cv-61956-RUIZ/STRAUSS

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiff Christa Simmons notifies the Court that the parties have resolved this matter on an individual, non-class basis. The parties are now in the process of finalizing the terms of the settlement and memorializing the same. Plaintiff accordingly requests that the Court vacate all pending deadlines and allow the parties thirty (30) days to file a stipulation of dismissal with prejudice.

Respectfully submitted this 23rd day of February 2023.

                            **DAPEER LAW, P.A.**

                            */s/ Rachel Dapeer*
                            Rachel Dapeer
                            Florida Bar No. 108039
                            20900 NE 30th Ave., Suite 417
                            Aventura, FL 33180
                            T: 305-610-5223
                            rachel@dapeer.com

                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2023, I filed a copy of the foregoing with the Clerk of Court via the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

/s/ *Rachel Dapeer*
Rachel Dapeer
Florida Bar No. 108039