UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61956-RAR

**CHRISTA SIMMONS,**
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**THE PROCTER & GAMBLE COMPANY
D/B/A ORAL-B**,

    Defendant.
_____/

### ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulation for Dismissal with Prejudice ("Stipulation"), [ECF No. 31], filed on March 27, 2023. The Court having carefully reviewed the file, the Stipulation, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's claims against Defendant are **DISMISSED** *with prejudice*.

2. The claims of the putative class members are **DISMISSED** *without prejudice*.

3. The Clerk is instructed to mark this case **CLOSED**.

4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of March, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**